UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:09-CV-835-J-34-JRK

JAMES GARRY STOVALL and
REGINA STOVALL, his wife,

    Plaintiffs,

v.

H.C. HEALTHCARE, INC. a Florida
Corporation d/b/a TRINITY COMMUNITY
HOSPITAL,

    Defendant.
_____/

## NOTICE OF UNAVAILABILITY

    The undersigned counsel gives this Notice that he will be unavailable from November 29, 2010, through and including December 3, 2010. The undersigned respectfully requests that no hearings, depositions and/or other matters be scheduled during this time and that no motions, requests to produce, interrogatories, requests for admissions or other pleadings be filed which require a timely response during the aforementioned time period. The filing and service of this Notice shall constitute an application and/or Request for Continuance, Extension of Time and/or for a Protective Order, as the case may be, for the above-stated reason.

        TERRELL HOGAN ELLIS YEGELWEL, P.A.

BY:   /s/Chris Hand
       Chris Hand, Esq.
       Florida Bar No.: 0692921
       233 East Bay Street, 8th Floor
       Jacksonville, Florida 32202
       (904) 632-2424 – Phone
       (904) 632-2027 – Fax
       Email: chand@terrellhogan.com
       Attorney for Plaintiffs

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

**I HEREBY CERTIFY** that on November 23, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Halley Stephens, Fuller, Mitchell, Hood & Stephens, LLC, 2565 Barrington Circle, Tallahassee, Florida 32308. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to Halley Stephens, Fuller, Mitchell, Hood & Stephens, LLC, 2565 Barrington Circle, Tallahassee, Florida 32308.

                                                  **TERRELL HOGAN ELLIS YEGELWEL, P.A.**

BY:    /s/Chris Hand
           Chris Hand, Esq.
           Florida Bar No.: 0692921
           233 East Bay Street, 8th Floor
           Jacksonville, Florida 32202
           (904) 632-2424 – Phone
           (904) 632-2027 – Fax
           Email: chand@terrellhogan.com
           Attorney for Plaintiffs