IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES GARRY STOVALL and
REGINA STOVALL, his wife,

    Plaintiffs,

vs.                                      CASE NO.: 3:09-CV-835-J-34-JRK

H.C. HEALTHCARE, INC., a Florida
corporation d/b/a TRINITY COMMUNITY
HOSPITAL,

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, H.C. HEALTHCARE, INC., d/b/a TRINITY COMMUNITY HOSPITAL

S. WILLIAM FULLER, JR. and HALLEY M. STEPHENS of the law firm of FULLER, MITCHELL, HOOD & STEPHENS, LLC., pursuant to Rule 2.060(i), Fla.R.Jud.Admin., respectfully request this Court enter an order allowing them to withdraw as counsel of record for Defendant, H.C. HEALTHCARE, INC. d/b/a TRINITY COMMUNITY HOSPITAL in the above-styled cause. As grounds, counsel would state as follows:

1.    The undersigned is Defendant's counsel of record. Said representation commenced on approximately November 20, 2009. Robert A. Krasnow, Jr. is the client contact for counsel in the above styled cause and the former owner of the now defunct corporation known as H.C. Healthcare, Inc. d/b/a Trinity Community Hospital. Since undersigned counsel took on representation of H.C. Healthcare, she has requested from

Mr. Krasnow certain materials necessary to defend him and his former company in this matter. No materials have ever been given to the undersigned by Mr. Krasnow despite such repeated requests and assurances that they would be delivered.

2. Further, correspondence, pleadings and other documents sent to Mr. Krasnow have been repeatedly returned to undersigned counsel's office as undeliverable because Mr. Krasnow continually fails to inform counsel of his change of address.

3. The undersigned cannot represent the Defendant without his cooperation. Very little discovery has been completed in this case as both parties were awaiting the Court's ruling on Defendant's Motion to Dismiss, which was recently denied. Trial in this matter is not scheduled until March 5 – March 9, 2012, which gives the defendant a sufficient amount of time to retain new counsel.

WHEREFORE, S. WILLIAM FULLER, JR. and HALLEY M. STEPHENS, request this Court approve their withdrawal as counsel of record for the defendant in this matter.

FULLER, MITCHELL, HOOD
& STEPHENS, LLC

_____
S. WILLIAM FULLER, JR.
Florida Bar No.: 131557
wfuller@fmhslaw.com
HALLEY M. STEPHENS
Trial Counsel
Florida Bar No.: 0154725
hstephens@fmhslaw.com
2565 Barrington Circle
Tallahassee, FL 32308
Telephone: (850) 222-0770
Facsimile: (850) 222-0760
Attorneys for H.C. Healthcare, Inc.,
d/b/a Trinity Community Hospital

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided via electronic mail and U.S. Mail to: **Chris Hand, Esquire**, Terrell, Hogan, Ellis, Yegelwel, P.A., 8th Floor, Blackstone Building, 233 East Bay Street, Jacksonville, Florida, 32202 and U.S. and Certified Mail to: **Robert A. Krasnow, Jr.,** 250B NW 76th Drive, Gainesville, FL 32608, dated this 31st day of March, 2011.

_____
Halley M. Stephens