**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES GARRY STOVALL
and REGINA STOVALL,

    Plaintiffs,

v.                                               Case No.  3:09-cv-835-J-34JBT

H.C. HEALTHCARE, INC., a Florida
corporation, d/b/a Trinity Community
Hospital,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court <u>sua sponte</u>.  On March 14, 2011, this Court entered a Third Amended Case Management and Scheduling Order (Dkt. No. 54) directing the parties to conduct a mediation no later than December 30, 2011.  Accordingly, it is **ORDERED**:

On or before **January 19, 2012**, the parties shall advise the Court as to the status of the mediation.

**DONE AND ORDERED** in Jacksonville, Florida, this 6th day of January, 2012.

                                                        **MARCIA MORALES HOWARD**
                                                        United States District Judge

ja

Copies to:

Counsel of Record