UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:09-CV-835-J-34-JRK

**JAMES GARRY STOVALL** and
**REGINA STOVALL**, his wife,

   Plaintiffs,

v.

**H.C. HEALTHCARE, INC., a Florida corporation
d/b/a Trinity Community Hospital**,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

   Plaintiffs, JAMES GARRY STOVALL and REGINA STOVALL, by and through their undersigned attorneys and pursuant to Local Rule 3.08 of the United States District Court for the Middle District of Florida, hereby provide notice to the Court that they have settled the matters in dispute with Defendant, H.C. HEALTHCARE, INC., with the parties to bear their own attorneys' fees and costs.

   DATED this 9th day of January, 2012.

                              **TERRELL HOGAN ELLIS YEGELWEL, P.A.**

               BY:   /s/Chris Hand
                        Chris Hand, Esq.
                        Florida Bar No.: 0692921
                        233 East Bay Street, 8th Floor
                        Jacksonville, Florida 32202
                        (904) 632-2424 – Phone
                        (904) 632-2027 – Fax
                        Email: chand@terrellhogan.com
                        Attorney for Plaintiffs

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

**I HEREBY CERTIFY** that on January 9, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Halley Stephens, Esq., Fuller, Mitchell, Hood & Stephens, LLC, 2565 Barrington Circle, Tallahassee, FL 32308.

                                **TERRELL HOGAN ELLIS YEGELWEL, P.A.**

BY:    /s/Chris Hand
           Chris Hand, Esq.
           Florida Bar No.: 0692921
           233 East Bay Street, 8th Floor
           Jacksonville, Florida 32202
           (904) 632-2424 – Phone
           (904) 632-2027 – Fax
           Email: chand@terrellhogan.com
           Attorney for Plaintiffs