# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JAMES GARRY STOVALL
and REGINA STOVALL,

    Plaintiffs,

v.                        Case No. 3:09-cv-835-J-34JBT

H.C. HEALTHCARE, INC., a Florida
corporation, d/b/a Trinity Community
Hospital,

    Defendant.
_____/

## O R D E R

**THIS MATTER** comes before the Court on the Notice of Settlement (Dkt. No. 58; Notice) filed on January 9, 2012. In the Notice, Plaintiffs advise the Court that this matter has been resolved. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **March 9, 2012**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **March 9, 2012**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for February 21, 2012, is cancelled, and this case is removed from the March 5, 2012, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida, this 9th day of January, 2012.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record