UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:09-cv-00835-MMH-JBT

**JAMES GARRY STOVALL** and
**REGINA STOVALL**, his wife,

   Plaintiffs,

v.

**H.C. HEALTHCARE, INC.**, a Florida corporation
**d/b/a Trinity Community Hospital**,

   Defendant,
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

     Plaintiffs James Garry Stovall and Regina Stovall, and Defendant H.C. Healthcare, Inc., hereby stipulate to the dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

     The parties advise the Court that all matters and things in controversy by and between them in this action have been fully and finally settled and that this case may be dismissed with prejudice, with Plaintiffs and Defendant to each bear their own costs and attorneys' fees.

Dated this 17th day of January, 2012.

                           BY:   /s/Chris Hand
                                   Chris Hand, Esq.
                                   Florida Bar No.: 0692921
                                   Terrell Hogan Ellis Yegelwel, P.A.
                                   233 East Bay Street, 8th Floor
                                   Jacksonville, Florida  32202
                                   (904) 632-2424 – Phone
                                   (904) 632-2027 – Fax
                                   Email: chand@terrellhogan.com
                                   Attorney for Plaintiffs

                                    /s/Halley M. Stephens
                                   Halley M. Stephens, Esq.
                                   Florida Bar No.: 0154725
                                   Fuller, Mitchell, Hood & Stephens, LLC
                                   2565 Barrington Circle
                                   Tallahassee, Florida 32308
                                   (850) 222-0770 – Phone
                                   (850) 222-0760 – Fax
                                   Email: hstephens@fmhslaw.com
                                   Attorney for Defendant

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

**I HEREBY CERTIFY** that on January 17, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Halley Stephens, Esq., Fuller, Mitchell, Hood & Stephens, LLC, 2565 Barrington Circle, Tallahassee, FL 32308.

                             **TERRELL HOGAN ELLIS YEGELWEL, P.A.**

                           BY:   /s/Chris Hand
                                   Chris Hand, Esq.
                                   Florida Bar No.: 0692921
                                   233 East Bay Street, 8th Floor
                                   Jacksonville, Florida  32202
                                   (904) 632-2424 – Phone
                                   (904) 632-2027 – Fax
                                   Email: chand@terrellhogan.com
                                   Attorney for Plaintiffs